UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES JABLONSKI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12CV332 HEA |
| | ) |
| JAMES HURLEY, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motion. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is **GRANTED**.

Dated this 6th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE